# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 0306 2136 6069 68, addressed to "T. Martin 25 E Siebenthaler Ave Apt 1 Dayton, OH 45405", with a return address of "Nate Phillips 5935 W Marlette Ave Glendale, AZ 85301". It is a large flat rate priority mail white box measuring approximately 12.25" X 12" X 8.5"; weighing approximately 6 pounds and 10 ounces; postmarked May 16, 2022; and bearing $30.95 in postage.

**SEARCH WARRANT**

Case Number: 22 - 0141MB

TO: RAYMOND SHEPARD and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, RAYMOND SHEPARD, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 0306 2136 6069 68, addressed to "T. Martin 25 E Siebenthaler Ave Apt 1 Dayton, OH 45405", with a return address of "Nate Phillips 5935 W Marlette Ave Glendale, AZ 85301". It is a large flat rate priority mail white box measuring approximately 12.25" X 12" X 8.5"; weighing approximately 6 pounds and 10 ounces; postmarked May 16, 2022; and bearing $30.95 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) AND/OR 846, AND/OR TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 6/1/22 _____ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

May 18, 2022 @ 11:30 AM        at    Phoenix, Arizona
Date and Time Issued                        City and State

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE                [signature: Michelle Burns]
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

| | |
|---|---|
| *In the Matter of the Search of:*<br>**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 0306 2136 6069 68, addressed to "T. Martin 25 E Siebenthaler Ave Apt 1 Dayton, OH 45405", with a return address of "Nate Phillips 5935 W Marlette Ave Glendale, AZ 85301". It is a large flat rate priority mail white box measuring approximately 12.25" X 12" X 8.5"; weighing approximately 6 pounds and 10 ounces; postmarked May 16, 2022; and bearing $30.95 in postage. | **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**<br><br>Case Number: 22-0141MB |

I, RAYMOND SHEPARD, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 0306 2136 6069 68, addressed to "T. Martin 25 E Siebenthaler Ave Apt 1 Dayton, OH 45405", with a return address of "Nate Phillips 5935 W Marlette Ave Glendale, AZ 85301". It is a large flat rate priority mail white box measuring approximately 12.25" X 12" X 8.5"; weighing approximately 6 pounds and 10 ounces; postmarked May 16, 2022; and bearing $30.95 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and/or 846, and/or Title 18, United States Code, Section 1956(h). The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF RAYMOND SHEPARD, WHICH IS MADE A PART HEREOF.

Authorized by AUSA WILLIAM BRYAN
WILLIAM BRYAN  Digitally signed by WILLIAM BRYAN
              Date: 2022.05.18 10:36:32 -07'00'
Sworn to ~~before me, and subscribed in my presence~~
telephonically

May 18, 2022 @ 1130 AM   at   Phoenix, Arizona
Date                              City and State

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Raymond Shepard  Digitally signed by Raymond Shepard
                 Date: 2022.05.18 10:06:06 -07'00'
Signature of Affiant – RAYMOND SHEPARD

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Raymond Shepard, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since July 2014. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States (U.S) Mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotic violations involving the United States Mails. Part of my training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and/or 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) Express Mail Parcel (hereafter referred to as the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL** is believed to contain controlled

1

substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCEL** is further described as follows:

One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 0306 2136 6069 68, addressed to "T. Martin 25 E Siebenthaler Ave Apt 1 Dayton, OH 45405", with a return address of "Nate Phillips 5935 W Marlette Ave Glendale, AZ 85301". It is a large flat rate priority mail white box measuring approximately 12.25" X 12" X 8.5"; weighing approximately 6 pounds and 10 ounces; postmarked May 16, 2022; and bearing $30.95 in postage.

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Express Mail operations, I am aware that the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain

2

typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and/or (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not a requirement. I also know that, similar to Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled

3

substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

    a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

    b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

    c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and/or

    d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

11. Express Mail and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On May 16, 2022, the United States Postal Inspection Service ("USPIS") identified a suspicious parcel (the **SUBJECT PARCEL**) mailed from Glendale, Arizona destined for Dayton, Ohio.

13. On May 17, 2022, upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 10 above. First, the **SUBJECT PARCEL** bore handwritten address information. The **SUBJECT PARCEL** weighed approximately six pounds and 10 ounces. Also, the **SUBJECT PARCEL** was mailed from an address in Arizona to an address in the State of Ohio.

14. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is frequently a source location for controlled substances that are mailed to the State of Ohio, and that proceeds from the sale of controlled substances are frequently returned to Arizona from Ohio via USPS.

15. Members of the USPIS conducted a database query regarding the names and addresses for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The

CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

16. Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL**, 25 E Siebenthaler Ave Apt 1 Dayton, OH 45405, is an existing, deliverable address. However, the purported recipient, T. Martin, is not associated with the delivery address for the **SUBJECT PARCEL**. Investigators also learned that the return address for the **SUBJECT PARCEL**, 5935 W Marlette Ave Glendale, AZ 85301, is an existing, deliverable address, however, the purported sender, Nate Phillips, is not associated with the return address information appearing on the **SUBJECT PARCEL**.

17. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use purported names not associated with a particular address, to omit the name(s) of persons associated with a particular address, and/or to utilize fictitious names and/or addresses to evade detection by law enforcement.

### CANINE EXAMINATION OF THE SUBJECT PARCEL

18. On May 17, 2022, City of Peoria Police Department ("PPD") Canine Handler/Detective Kevin Vanderwood and Detective Vanderwood's drug detecting canine "Eero" inspected the **SUBJECT PARCEL** at the Sierra Adobe Post Office. At approximately 09:49 AM, Eero gave a positive alert to the **SUBJECT PARCEL** by sitting and staring at the **SUBJECT PARCEL**.

19.     Detective Vanderwood explained that Eero's positive alert, sitting and staring at the **SUBJECT PARCEL**, is a "passive" alert that Eero has been trained to give. The passive alert indicates the presence of a controlled substance and/or currency, notes, documents, or other evidence bearing the presence of the odors of a controlled substance within the **SUBJECT PARCEL**.

20.     Detective Vanderwood also explained that he is a PPD Detective currently assigned to the handling and care of PPD drug detecting canine Eero. Detective Vanderwood has been a canine handler since August 2009. Eero is a three-year-old German Wirehair Pointer who has been working narcotics detection for PPD since March 2020. Eero and Detective Vanderwood currently hold a National Certification in narcotics detection by the National Police Canine Association. This is an annual certification, and they were last certified in February 2022. As mentioned above, Detective Vanderwood has completed AZ POST Certified K-9 Academy in August 2009 offered by PPD.

21.     Eero has had approximately 160 hours of narcotics detection training on Marijuana, Cocaine, Heroin, and Methamphetamine. Eero and Detective Vanderwood attend weekly in-service training in narcotics detection to maintain proficiency. Eero and Detective Vanderwood have conducted over 200 successful finds (both training finds or finds which have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## CONCLUSION

22. Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and/or 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).

Raymond Shepard
Digitally signed by Raymond Shepard
Date: 2022.05.18 10:06:35 -07'00'

RAYMOND SHEPARD
United States Postal Inspector

Subscribed and sworn ~~to before me~~ telephonically on this 18 day of May, 2022. @ 11:30am

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE

8